Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D’Emic, J.), imposed March 31, 2016, upon his plea of guilty, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s purported waiver of his right to appeal was invalid (see People v Bradshaw, 18 NY3d 257, 267 [2011]; People v Brown, 122 AD3d 133, 137 [2014]; People v Johnson, 109 AD3d 1004 [2013]), and thus, the waiver does not preclude review of this excessive sentence claim. However, the period of postrelease supervision imposed as part of the sentence was not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Mastro, Miller, LaSalle and Brathwaite Nelson, JJ., concur.